BEFORE THE SECOND DIVISION, JANUARY 31, 1939

**No. 40564.**—Protest 963855-G of Rolls Razor, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of machines and parts similar to those the subject of *Lee* v. *United States* (T. D. 49358). The claim at 27½ percent under paragraph 372 was therefore sustained.

**No. 40565.**—Protest 928506-G of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pistols and parts the same as those the subject of *Laszlo* v. *United States* (C. D. 47). The claim at 27½ percent under paragraph 372 was therefore sustained.

**No. 40566.**—Protests 886387-G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel bookends and letter openers were held dutiable as household utensils at 40 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited. Wooden stands similar to those the subject of *Kwong* v. *United States* (T. D. 49409) were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 40567.**—Protest 570080-G of English Antique Shop (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of candlesticks and snuffers of metal plated with silver chiefly used in the household for utilitarian purposes. The claim at 50 percent under paragraph 339 was therefore sustained.

**No. 40568.**—Protests 233470-G, etc., of Specialty Trading Co. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the atomizers in question were held dutiable at 40 percent under paragraph 339. *Rice* v. *United States* (T. D. 49373) cited.

JANUARY 24, 1939

**No. 40569.**— Protest 808106-G (A) of David Farber. Abstract 39999. Application by plaintiff for rehearing granted.

**No. 40570.**— Protest 874729-G of Horni Signal Mfg. Co., Inc. Abstract 40039. Application by Government for rehearing denied.